

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00056-CR

Alicia Angelita **ARREDONDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR11898
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: August 6, 2025

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by appellant and appellant's attorney. *See* TEX. R. APP. P. 42.2(a). We therefore grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH